UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 174.62.100.33,<br><br>　　　　　Defendant. | Case No.: 2:22-02080-TLN-CKD<br><br>**ORDER ON PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT** |

THIS CAUSE came before the Court upon Plaintiff's application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have up to and including April 18, 2023, to effectuate service of a summons and Complaint on Defendant.

**IT IS SO ORDERED.**

Dated:  February 14, 2023

21,stri.2080

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28